

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00068-CV

John M. **DONOHUE,**
Appellant

v.

Perla **DOMINGUEZ** and Kevin Nakata, In Their Individual Capacities,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

# O R D E R

The appellees' motion for extension of time to file brief is hereby GRANTED. Time is extended to August 10, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court